# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2006

131134

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE JUSTIN MICHAEL WANKEL, JACOB
BLEI WANKEL, ALYSSA LEE WANKEL,
and CHELSEA RENAE MOTT, Minors.

_____

DEPARTMENT OF HUMAN SERVICES, f/k/a
FAMILY INDEPENDENCE AGENCY,
      Petitioner-Appellee,

v

      SC: 131134
      COA: 262788
      Oakland CC
      Family Division: 03-683153-NA

ERIN WANKEL,
      Respondent-Appellant,

and

DAVID MOTT,
      Respondent.

_____/

On order of the Court, the application for leave to appeal the April 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2006

Clerk

s0530